UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JORGE and JULIA CERVERA, | CIV. NO. 13-954(PJS/JSM) |
| Plaintiffs, | ORDER |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., MERSCORP, INC., BANK of AMERICA, N.A., BAC HOME LOAN SERVICING, L.P., BAC GP, LLP, et.al. | |
| Defendants. | |

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 24, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

(1) Defendants' Motion to Dismiss [Docket No. 7] is **GRANTED.**

(2) This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 02/11, 2014                               s/Patrick J. Schiltz
                                                 Patrick J. Schiltz
                                                 United States District Court